AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Iowa

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 4:21-MJ-392 |
| ANDREW SCOTT SCANLAN | ) |
|  | ) |
|  | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __1/6/2021 - 4/14/2021__ in the county of __Jasper__ in the __Southern__ District of __Iowa__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) | Sexual exploitation of children/production of child pornography |
| 18 U.S.C. § 2252(a)(4)(B) | Possession of child pornography |

This criminal complaint is based on these facts:

See attached Affidavit.

☐ Continued on the attached sheet.

☑ This complaint and affidavit were presented by an attorney for the government.

☑ Sworn to before me and signed in my presence.

☐ Sworn to before me by telephone or other reliable electronic means.

Date: June 29, 2021

*Complainant's signature*

Aaron Simon, Special Agent, HSI/ICE
*Printed name and title*

*Judge's signature*

Helen C. Adams, Chief U.S. Magistrate Judge
*Printed name and title*

City and state: Des Moines, Iowa

FILED
By: Clerk's Office, Southern District of Iowa
9:39 am, Jun 29 2021