4:21-MJ-392

## AFFIDAVIT

I, Aaron Simon, Special Agent with the Department of Homeland Security (DHS) Homeland Security Investigations (HSI), after being duly sworn to oath, do depose and state as follows:

## INTRODUCTION

1. **Affiant's Background.** I am a Special Agent (SA) with Homeland Security Investigations (HSI), within the United States Department of Homeland Security (DHS) and have been so employed since 2010. Prior to my appointment with HSI, I was employed as a United States Postal Inspector for the previous 8 years. Before my appointment as a Postal Inspector, I was a Trooper for the State of Iowa for seven years. Before that, I was a Police Officer for the City of Kansas City, Missouri, for three years. In 2010, I attended a 6-month academy at the Federal Law Enforcement Center where I received training in investigations involving customs law and immigration Law. Two of the specific topics of training I received at the academy were child exploitation investigations and cybercrimes investigations. Additionally, on March 8 and 9, 2011, I received training in digital evidence through the National District Attorney's Association. In November of 2011, I received 40 hours of specialized training on internet crimes against children investigative techniques. In February of 2012, I received additional advanced training in the investigation of child pornography and utilization of undercover law enforcement tools, including the Child Protection System (CPS) and SharazaLE. In September 2012, I attended a 16-hour additional training course in the area of Peer-to-Peer (P2P) networks, specifically the ARES network. In February of 2018, I received 32 hours of training for ICAC Bit Torrent Investigations. I have received additional training during my Postal Inspector Academy in the use of the U.S. Mails for prohibited purposes, including the

1

mailing and receipt of obscene and pornographic materials involving sexual exploitation of children, as defined in Title 18, United States Code, 1461 and 2252 through 2256. I was assigned from 2002 through 2005 to work child exploitation/child pornography cases on a referral basis for 3 years and was assigned to the Internet Crimes against Children Task Force in Sioux Falls, SD. I am currently a member of the Internet Crimes against Children Task Force in Des Moines, IA. Through the various career changes, I have had over 3000 hours of classroom training and over 900 hours of hands-on training. I have investigated, been trained in the investigation, or aided in the investigation of crimes involving murder, rape, robbery, customs violations, immigration violations, burglary, assaults, narcotic violations, child exploitation including violations of Title 18 U.S.C. Section 2422 (Coercion and enticement), mail fraud, mail theft, computer crimes, identity theft, and other various violations of city, state, and federal statutes. As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

2. **Purpose of the Affidavit.** This affidavit is made in support of a Complaint and Arrest Warrant for Andrew Scott SCANLAN, who has been under investigation by HSI since approximately May of 2021. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that SCANLAN committed criminal violations of the United States Code, specifically, Title 18, United States Code, Sections 2251(a) (Sexual exploitation of children/Production of child pornography); and Title 18, United States Code, Section 2252(a)(4)(B) (Possession of Child Pornography).

3. **Scope of the Affidavit.** The information contained within this affidavit is based on information related to me by other law enforcement officers and/or agents. Because this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not

included each fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that SCANLAN committed these crimes.

## FACTUAL BACKGROUND

4. In May of 2021, Des Moines Homeland Security Investigations (HSI) Special Agent (SA) Aaron Simon met with the Newton, Iowa Police Department regarding a possible case they wanted assistance with prosecuting in federal court.

5. On April 5, 2021, Detective Walker with the Newton Police Department received a Cybertip (#87468769) from the Internet Crimes Against Children Task Force (ICAC), which originally received the tip from the National Center for Missing and Exploited Children (NCMEC).

6. Newton Police Detective Walker's report states that the tip was submitted by Tumblr, incident time was March 9, 2021, the URL associated with the tip was "forcedsissycocksucker.tumblr.com", the email address associated with the Tumblr account was "andycristal8@gmail.com", and the Internet Protocol (IP) address that was used to upload the video was 98.22.242.234. The Detective described the video as a 5–7-year-old female lying face down across the lap of an adult male, and the adult male was using a sex toy to anally penetrate the juvenile female. It should be noted that this affiant has also seen a copy of the video personally and believes the above listed description is accurate.

7. The report also states that the Detective sent a subpoena request for Windstream (the IP carrier) to the Jasper County Attorney's office for approval and on April 14, 2021 a Google Preservation request was sent for the email andycristal8@gmail.com.

8. On April 14, 2021, Detective Walker sent a preservation request to Google for the Gmail account andycristal8@gmail.com. On April 19, 2021, Detective Walker sent a preservation request to Tumblr for the site: "forcedsissycocksucker.tumblr.com" (which was included in the original Cybertip).

9. Additional state search warrants were obtained by the Newton Police for the Gmail account: andycristal8@gmail.com and for the Tumblr page: "forcedsissycocksucker.tumblr.com".

10. On April 30, 2021, Detective Walker examined the search warrant results provided by Google for the email account andycristal8@gmail.com. In those results, Detective Walker observed Andrew SCANLAN to be in several of the photos. There were also videos of SCANLAN working at Dodd's Trash in Newton. Detective Walker also located three folders containing child pornography. One image was of a male performing oral sex and appears the person who took the picture was the one receiving the oral sex. Detective Walker also located three videos in different folders that contained video recordings of a minor male performing oral sex on an adult male. It again appears the person filming the video is the person receiving the oral sex. It should be noted that the recovery e-mail address within the subscriber information provided by Google for the above listed account is "scanlanandy666@gmail.com."

11. After further investigation by the Newton Police, it was determined that Andrew SCANLAN resided at an address in Newton, Iowa. A state search warrant was eventually obtained by the Newton Police Department for SCANLAN's residence, phone, and person, and was executed on April 30, 2021.

12. On April 30, 2021, the Newton Police Department went to Dodd's Trash at 2910 W 4th Street South, Newton, Iowa to speak to SCANLAN. As detectives pulled in, SCANLAN

jokingly yelled "Cops are here". Detectives asked to speak to SCANLAN to which he agreed. The conversation between detectives and SCANLAN was outside the officer's squad car and was recorded on body cam footage. During the interview, because detectives had a search warrant for his cellphone, he was asked if he had one on him to which he said, "no". SCANLAN was asked multiple times during the interview if he had a phone, and he denied having one. SCANLAN also denied using the email account andycristal8@gmail.com.

13.   SCANLAN confirmed during the interview that he had previously lived with his sister, her husband, their father, and five kids. SCANLAN said his girlfriend, Cristal, also stayed out at his sister's house with him, at the address of 405 W. 15th street North, Newton, Iowa.

14.   During the interview, SCANLAN admitted to detectives that he was currently on the Iowa Sex Offender Registry.

15.   After approximately 28 minutes of interviewing SCANLAN, detectives located a cell phone in SCANLAN'S right front pants pocket (after asking permission to search SCANLAN, he voluntarily produced the phone).

16.   During the interview, SCANLAN did admit that he used the email address andycristal8@gmail.com but had no explanation on why he had previously denied having it. SCANLAN also admitted that the Tumblr account "forcedsissycocksucker" was his.

17.   Detective Walker told SCANLAN that he had obtained search warrants for SCANLAN'S accounts and observed child pornography that he made and asked if he knew what Detective Walker was talking about. SCANLAN replied, "yeah". Detective Walker asked who the child is in the videos and SCANLAN replied, "which one". SCANLAN stated he got some of the videos "chatting on Tumblr", admitted to sharing child pornography on Tumblr, but couldn't remember exactly what the videos contained.

18. At this point in the interview, SCANLAN asked Detective Walker if he could get a drink of coffee. Detective Walker agreed and he followed SCANLAN over to another area of the workplace where he drank coffee from his thermos.

19. After SCANLAN drank his coffee, he and the Detective Walker walked back to the front of the squad car and continued the interview. At that time, SCANLAN was told that the police had observed what appeared to be homemade child pornography videos in his Google account. SCANLAN admitted that the boy in the video was his 10-year-old nephew "Victim 1" (whose identity is known to this agent and can be provided to the court). SCANLAN was asked about the time period during which he engaged in sexual contact with "Victim 1", and SCANLAN indicated it was since the preceding winter.

20. In May of 2021, your affiant SA Aaron Simon reviewed the videos and images provided from the Google and Tumblr search warrants that were provided by the Newton Police Department. During that review, I found both images and videos that contained child pornography. Some examples are the following:

(A) Image titled: 0106212007: It is an image of a what appears to be a juvenile male performing oral sex on another male. In the image, you only see the top and side view of the juvenile male so it is hard to identify the subject.

(B) Video titled: 0107212120: It is an approximately 38 second video that appears to be a juvenile male approximately 9-11 years old performing oral sex on an adult male.

(C) Video titled: 0121211741: This video is approximately 9 seconds and appears to be a young male and what might be an adult male touching their penis's then the juvenile male begins to perform oral sex on the male and the video stops.

(D) Video titled: 0121211741a: This video is approximately an 18 second video that appears to be a juvenile male performing oral sex on an adult male.

(E) Images titled: 0208211038, 0209211038a, 0209211038b, and 0209211038c: These images are all of what appears to be a prepubescent female, approximately 1-2 years of age, where the focal point of the camera only shows her vagina.

21. Based on the forensic analysis of the images and videos obtained from the Google search warrant, it appears all images and videos were created between on or about January 6, 2021 and on or about February 9, 2021.

22. On May 12, 2021, SA Aaron Simon went to the Blank's Children Star Center to observe an interview with Victim 1. During the interview by a forensic interviewer, Victim 1 was asked what happened between him and his uncle at the house. Victim 1 would only tell the interviewer that "It will stain your brain". During the entire interview, Victim 1 refused to say what happened verbally. The interviewer asked Victim 1 if he didn't want to say it, if he would he be willing to write it down. Victim 1 said he would and was given a piece of paper and pen. Victim 1 wrote the following on the sheet of paper: "sexllw". When the interviewer asked Victim 1 what that spelled, he said take away three letters and covered up the "llw" leaving "sex".

## CONCLUSION

23. Based upon the above facts, I believe there is probable cause that Andrew Scott SCANLAN produced and possessed child pornography in the Southern District of Iowa, between January 6, 2021 and April 14, 2021, in violation of Title 18, United States Code, Sections 2251(a) (Sexual exploitation of children/Production of child pornography), and Title 18, United States Code, Section 2252(a)(4)(B) (Possession of Child Pornography).

24.     WHEREFORE, I respectfully request that a warrant be issued authorizing the Department of Homeland Security, Homeland Security Investigations, Special Agents and/or authorized law enforcement officers working with them to arrest Andrew Scott SCANLAN for violation of Title 18, United States Code, 2251(a) and 2252(a)(4)(B).

Dated: June 29, 2021

_____
Aaron Simon
Special Agent, HSI/ICE

Subscribed to and sworn before me this 29th day of June 2021.

_____
Helen C. Adams
Chief United States Magistrate Judge