RECEIVED

AUG 17 2021

CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:21-CR-110 |
| | ) | |
| v. | ) | **SUPERSEDING INDICTMENT** |
| | ) | |
| ANDREW SCOTT SCANLAN, | ) | T. 18 U.S.C. § 2251(a) |
| | ) | T. 18 U.S.C. § 2251(e) |
| Defendant. | ) | T. 18 U.S.C. § 2252A(a)(1) |
| | ) | T. 18 U.S.C. § 2252A(a)(5)(B) |
| | ) | T. 18 U.S.C. § 2252A(b)(1) |
| | ) | T. 18 U.S.C. § 2252A(b)(2) |
| | ) | T. 18 U.S.C. § 2253 |
| | ) | T. 18 U.S.C. § 2260A |
| | ) | |

**THE GRAND JURY CHARGES:**

## COUNT 1
### (Production of Child Pornography)

On or about January 6, 2021, in the Southern District of Iowa, the defendant, ANDREW SCOTT SCANLAN, did knowingly employ, use, persuade, induce, entice, and coerce a minor, Child Victim #1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, specifically a picture bearing a file name "0106212007.jpg". Said visual depiction was actually transmitted using a means and facility of interstate commerce, specifically the cellular telephone systems or internet.

This is a violation of Title 18, United States Code, Section 2251(a) and 2251(e).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2
### (Production of Child Pornography)

On or about January 7, 2021, in the Southern District of Iowa, the defendant, ANDREW SCOTT SCANLAN, did knowingly employ, use, persuade, induce, entice, and coerce a minor, Child Victim #1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, specifically a video bearing a file name "0107212120.mp4" that is approximately 38 seconds in length. Said visual depiction was actually transmitted using a means and facility of interstate commerce, specifically the cellular telephone systems or internet.

This is a violation of Title 18, United States Code, Section 2251(a) and 2251(e).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3
### (Production of Child Pornography)

On or about January 21, 2021, in the Southern District of Iowa, the defendant, ANDREW SCOTT SCANLAN, did knowingly employ, use, persuade, induce, entice, and coerce a minor, Child Victim #1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, specifically a video bearing a file name "0121211741a.mp4" that is approximately 18 seconds in length. Said visual depiction was actually transmitted using a means and facility of interstate commerce, specifically the cellular telephone systems or internet.

This is a violation of Title 18, United States Code, Section 2251(a) and 2251(e).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 4
**(Transportation of Child Pornography)**

On or about March 9, 2021, in the Southern District of Iowa, the defendant, ANDREW SCOTT SCANLAN, knowingly transported child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), namely a computer file bearing a file name "645185057295925248_0", using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer.   Specifically, the defendant, ANDREW SCOTT SCANLAN, posted said file to a Tumblr account that had a screenname "forcedsissycocksucker".

This is a violation of Title 18, United States Code, Section 2252A(a)(1) and 2252A(b)(1).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 5
### (Possession of Child Pornography)

On or about April 14, 2021, in the Southern District of Iowa, the defendant, ANDREW SCOTT SCANLAN, knowingly possessed material, namely, a Google Photos account, that contained images of child pornography as defined in Title 18, United States Code, Section 2256(8)(A), including images involving prepubescent minors and minors who had not attained 12 years of age, such images having been shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Section 2252A(a)(5)(B) and 2252A(b)(2).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 6
### (Offense by a Registered Sex Offender)

The defendant, ANDREW SCOTT SCANLAN, committed a felony offense involving a minor under Title 18, United States Code, Section 2251, specifically each of the offenses charged in Counts 1, 2, and 3, at times when defendant was required to register as a sex offender under the laws of the state of Iowa.

This is a violation of Title 18, United States Code, Section 2260A.

4

**THE GRAND JURY FINDS:**

## NOTICE OF FORFEITURE

If defendant, ANDREW SCOTT SCANLAN, is convicted of Counts 1, 2, 3, 4, 5, and/or 6, he shall forfeit to the United States his interest in the following property:

a. Any and all visual depictions of minors engaging in sexually explicit conduct, including any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110.

b. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense.

This is pursuant to Title 18, United States Code, Section 2253.

**A TRUE BILL.**

_____
FOREPERSON

Richard D. Westphal
Acting United States Attorney

By: _____
Adam J. Kerndt
Assistant United States Attorney